**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PROF-2013-M4 LEGAL TITLE TRUST IV, by U.S. Bank National Association, as Legal Title Trustee, | No. 19-15421 |
| Plaintiff-counter-defendant-Appellee, | D.C. No. 3:15-cv-00477-MMD-CBC District of Nevada, Reno |
| v. | ORDER* |
| WHITE LAKE RANCH ASSOCIATION, | |
| Defendant, | |
| and | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Defendant-counter-claimant-cross-claimant-Appellant, | |
| v. | |
| BANK OF AMERICA, NA, | |
| Cross-claim-defendant. | |

Appeal from the United States District Court
for the District of Nevada
Miranda M. Du, Chief District Judge, Presiding

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Circuit Rule 36-3.

Submitted February 5, 2021[]
San Francisco, California

Before: SILER,[***] IKUTA, and NGUYEN, Circuit Judges.

The parties' joint motion to dismiss this appeal (docket entry no. 61) is granted, and this appeal is dismissed. Fed. R. App. P. 42(b). Each party shall bear its own fees and costs on appeal. A copy of this order shall serve as and for the mandate of this court.

---

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***]    The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.